UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUNTER HEANEY, )  ) Plaintiff, )  ) v. )  ) CENTRAL INTELLIGENCE ) AGENCY, )  ) Defendant. )  ) | Civil Action No. 17-2042 (KBJ) |

## JOINT PROPOSED SCHEDULE

Plaintiff Hunter Heaney, and Defendant Central Intelligence Agency ("CIA"), pursuant to the Court's Minute Order entered October 23, 2018, respectfully submit this joint proposed schedule in this Freedom of Information Act ("FOIA") case.

The CIA has almost finished processing plaintiff's FOIA request and anticipates that it will make a final decision on or before November 30, 2018. The parties will then need time to confer on the next steps in order to provide a proposed schedule for moving forward.

Accordingly, the parties propose that they file a further joint proposed schedule on or before December 12, 2018.

Respectfully submitted,

JESSIE K. LIU,
D.C. BAR # 472845
United States Attorney
 for the District of Columbia


DANIEL F. VAN HORN
D.C. BAR # 924092
Chief, Civil Division

/s/ *Marina Utgoff Braswell*
*Signed with permission by filing attorney*
MARINA UTGOFF BRASWELL
D.C. Bar # 416587
Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W. – Civil Division
Washington, D.C. 20530
(202) 252-2561
Marina.braswell@usdoj.gov

*Counsel for Defendant*

/s/ *Joshua Hart Burday*
Matthew Topic
Joshua Burday
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, IL 60607
(312) 243-5900
matt@loevy.com
joshb@loevy.com

*Counsel for Plaintiff*